# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| IN RE: INVOKANA (CANAGLIFLOZIN) PRODUCTS LIABILITY LITIGATION | MDL NO. 2750<br>Master Docket Case No. 3:16-md-2750<br><br>JUDGE BRIAN R. MARTINOTTI<br>JUDGE LOIS H. GOODMAN |

**THIS DOCUMENT RELATES TO:**

 David C. Lessard      v. Janssen Pharmaceuticals, Inc., et al.,
Case No.  3:16-cv-09381

## STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, through their undersigned counsel, that pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff, David C. Lessard, hereby dismisses this case in its entirety, as to all Defendants, with prejudice.  Each party shall bear its own costs and attorney fees.


By:   /s/ Michael Hingle                              By: /s/ Michael C. Zogby
    W. Michael Hingle, #6943                               Michael C. Zogby
    MICHAEL HINGLE & ASSOCIATES, LLC     FAEGRE DRINKER BIDDLE & REATH LLP
    220 Gause Blvd.                                         600 Campus Drive
    Slidell, LA  70458                                    Florham Park, NJ 07932
    (985) 641-6800                                          Tel: (973) 549-7000
    (985) 646-1471                                          Fax:  (973) 360-9831
    Email:  servewmh@hinglelaw.com            Email:  michael.zogby@faegredrinker.com

    *Counsel for Plaintiff*                               *MDL Liaison Counsel for Defendants*

    Dated: March 24, 2020                            Dated:  March 24, 2020